ADRMOP, CLOSED, E-Filing, RELATE, STAYED

# U.S. District Court
## California Northern District (San Francisco)
## CIVIL DOCKET FOR CASE #: 3:05-cv-02823-MHP

| | |
|---|---|
| The Harman Press v. Intel Corporation | Date Filed: 07/11/2005 |
| Assigned to: Hon. Marilyn H. Patel | Jury Demand: Plaintiff |
| Demand: $0 | Nature of Suit: 410 Anti-Trust |
| Cause: 28:1331 Fed. Question: Anti-trust | Jurisdiction: Federal Question |

**Plaintiff**

**The Harman Press**
*on behalf of itself & all others similarly situated*

represented by **Richard Alexander Saveri**
Saveri & Saveri Inc.
111 Pine Street
Suite 1700
San Francisco, CA 94111
415-217-6810
Email: rick@saveri.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Cadio Zirpoli**
Saveri & Saveri, Inc.
111 Pine Street, Suite 1700
San Francisco, CA 94111
415/217-6810
Fax: 415/217-6813
Email: zirpoli@saveri.com
*ATTORNEY TO BE NOTICED*

**Geoffrey C. Rushing**
Saveri & Saveri, Inc.
111 Pine Street, Suite 1700
San Francisco, CA 94111
415/217-6810
Fax: 415/217-6813
Email: grushing@saveri.com
*ATTORNEY TO BE NOTICED*

**Guido Saveri**
Saveri & Saveri, Inc.
111 Pine Street, Suite 1700
San Francisco, CA 94111
415/217-6810
Fax: 415/217-6813
Email: guido@saveri.com
*ATTORNEY TO BE NOTICED*

        **Randy R. Renick**
Law Offices of Randy Renick
128 North Fair Oaks Avenue, Suite 204
Pasadena, CA 91103
626/585-960
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

| | | |
|---|---|---|
| **Intel Corporation**<br>*a Delaware corporation* | represented by | **Joy K. Fuyuno**<br>Bingham McCutchen LLP<br>Three Embarcadero Center<br>San Francisco, CA 94111-4067<br>415-393-2000<br>Fax: 415-393-2286<br>Email: joy.fuyuno@bingham.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Christopher B. Hockett**<br>Bingham McCutchen LLP<br>Three Embarcadero Center<br>San Francisco, CA 94111-4067<br>415-393-2000<br>Fax: 415-393-2286<br>Email: chris.hockett@bingham.com<br>*ATTORNEY TO BE NOTICED* |

| Date Filed | # | Docket Text |
|---|---|---|
| 07/11/2005 | 1 | CLASS ACTION COMPLAINT & Jury Trial Demanded - [Summons Issued] against Intel Corporation, [Filing Fee: $250.00, Receipt Number 3374300]. Filed by PlaintiffThe Harman Press. (tn, COURT STAFF) (Filed on 7/11/2005) (Entered: 07/12/2005) |
| 07/11/2005 | | SUMMONS Issued as to Intel Corporation. (tn, COURT STAFF) (Entered: 07/12/2005) |
| 07/11/2005 | 2 | ADR SCHEDULING ORDER: Case Management Statement due 11/1/2005 & Initial Case Management Conference set for 11/8/2005 10:00 AM. (Attachments: # 1 Standing Order).(tn, COURT STAFF) (Filed on 7/11/2005) (Entered: 07/12/2005) |
| 07/11/2005 | | CASE DESIGNATED for Electronic Filing. (tn, COURT STAFF) (Entered: 07/12/2005) |
| 07/27/2005 | 3 | ORDER RELATING CASES C 05-3028, C 05-2699, C 05-2700, C 05-2720, C 05-2721, C 05-2743, 05-2758, C 05-2813, C 05-2818, C 05-2823, C 05-2830, C 05-2831, C 05-2834, C 05-2858, C 05-2859, C05- |

|  |  | 2882, C 05-2897, C 05-2898, C 05-2916, and C 05-2957 to C 05-2669 MHP; Case reassigned to Judge Marilyn H. Patel for all further proceedings; Signed by Judge Marilyn Hall Patel on 7/27/2005. (awb, COURT-STAFF) (Filed on 7/27/2005) (Entered: 07/27/2005) |
|---|---|---|
| 07/28/2005 | 4 | NOTICE of Appearance by Joy K. Fuyuno (Fuyuno, Joy) (Filed on 7/28/2005) (Entered: 07/28/2005) |
| 07/29/2005 | 5 | STIPULATION re [1] Complaint *And Proposed Order To Continue Filing Date* by Intel Corporation. (Attachments: # 1 Signature Page (Declarations/Stipulations))(Hockett, Christopher) (Filed on 7/29/2005) (Entered: 07/29/2005) |
| 08/26/2005 | 6 | Statement of Facts *DEFENDANT INTEL CORPORATION'S FED. R. CIV. PROC. 7.1 AND CIVIL L.R. 3-16 DISCLOSURE STATEMENTS* filed byIntel Corporation. (Hockett, Christopher) (Filed on 8/26/2005) (Entered: 08/26/2005) |
| 10/20/2005 | 7 | CLERK'S NOTICE re: Failure to E-File and/or Failure to Register as an E-Filer re: #1 Class Action Complaint. (gba, COURT STAFF) (Filed on 10/20/2005) (Entered: 10/20/2005) |
| 10/28/2005 | 8 | STIPULATION *AND [PROPOSED] ORDER TO STAY DATES, EVENTS AND DEADLINES PENDING THE OUTCOME OF THE MOTION TO TRANSFER AND COORDINATE OR CONSOLIDATE PURSUANT TO 28 U.S.C. SECTION 1407* by Intel Corporation. (Fuyuno, Joy) (Filed on 10/28/2005) (Entered: 10/28/2005) |
| 11/01/2005 | 9 | ORDER STAYING CASE pending MDL determination; Signed by Judge Marilyn Hall Patel on 10/31/2005. (awb, COURT-STAFF) (Filed on 11/1/2005) (Entered: 11/01/2005) |
| 11/08/2005 | 10 | ORDER statistically DISMISSING CASE pending MDL determination; Signed by Judge Marilyn Hall Patel on 11/7/2005. (awb, COURT-STAFF) (Filed on 11/8/2005) (Entered: 11/08/2005) |
| 11/17/2005 | 11 | Letter from Joy K. Fuyuno re MDL Transfer Order of November 8, 2005. (Attachments: # 1 MDL Transfer Order)(Fuyuno, Joy) (Filed on 11/17/2005) (Entered: 11/17/2005) |
| 12/17/2005 | 12 | ORDER of Transfer by the Judicial Panel on Multidistrict Litigation to transfer case to USDC for the District of Delaware (In Re Intel Corporation, Inc., Antitrust Litigation - MDL - 1717). (gba, COURT STAFF) (Filed on 12/17/2005) (Entered: 01/10/2006) |
| 01/10/2006 | 13 | Certified copy of transfer order, docket sheet along with the original case file sent to USDC for the District of Delaware. (gba, COURT STAFF) (Filed on 1/10/2006) (Entered: 01/10/2006) |

**PACER Service Center**

| **Transaction Receipt** | | | |
|---|---|---|---|
| 01/12/2006 06:04:44 | | | |
| **PACER Login:** | ud0037 | **Client Code:** | |
| **Description:** | Docket Report | **Search Criteria:** | 3:05-cv-02823-MHP |
| **Billable Pages:** | 2 | **Cost:** | 0.16 |