1  related matter, have filed a petition to coordinate or consolidate pre-trial proceedings per 28
2  U.S.C. Section 1407, and the above-styled action has been identified as a related action to that
3  petition. As a result, the outcome of the pending petition will impact significantly the schedule
4  of this case.
5        This is the first stipulation between the parties. Because this litigation has just
6  begun, granting such a stipulation will not have any negative impact on the schedule of this case.
7  IT IS HEREBY STIPULATED.
   DATED: July 20, 2005
8
9        Bingham McCutchen LLP
10
11
12 By: _____
         JOY K. FUYUNO
         Attorneys for Defendant
13       Intel Corporation
14
15
16       Saveri & Saveri, Inc.
17
18 By: _____
         R. ALEXANDER SAVERI
19       Attorneys for Plaintiffs
         The Harman Press
20
21
22
23