1  BINGHAM McCUTCHEN LLP
   DAVID M. BALABANIAN (SBN 37368)
2  CHRISTOPHER B. HOCKETT (SBN 121539)
   JOY K. FUYUNO (SBN 193890)
3  Three Embarcadero Center
   San Francisco, California 94111-4067
4  Telephone: (415) 393-2000

5  Attorneys for Defendant
   Intel Corporation

8                   UNITED STATES DISTRICT COURT

9                  NORTHERN DISTRICT OF CALIFORNIA

10                      SAN FRANCISCO DIVISION

12 | THE HARMAN PRESS, on behalf of itself and all others similarly situated, | No. 05-2823 |
|---|---|
| Plaintiff, | DEFENDANT INTEL CORPORATION'S FED. R. CIV. PROC. 7.1 AND CIVIL L.R. 3-16 DISCLOSURE STATEMENTS |
| v. | |
| INTEL CORPORATION, | |
| Defendant. | |

1       Pursuant to Rule 7.1, Federal Rules of Civil Procedure, the undersigned certifies that there is no parent company and no publicly held entity that owns 10% or more of Intel.

      Pursuant to Civil L.R. 3-16, the undersigned certifies that as of this date, other than the named parties, there is no such interest to report.

DATED: August 26, 2005

                      BINGHAM McCUTCHEN LLP

By:       /s/ *Joy K. Fuyuno*
                Joy K. Fuyuno
                Attorneys for Defendant
                Intel Corporation