| | |
|---|---|
| 1 | BINGHAM McCUTCHEN LLP<br>DAVID M. BALABANIAN (SBN 37368) |
| 2 | CHRISTOPHER B. HOCKETT (SBN 121539)<br>JOY K. FUYUNO (SBN 193890) |
| 3 | Three Embarcadero Center<br>San Francisco, CA 94111-4067 |
| 4 | Telephone: (415) 393-2000<br>Facsimile: (415) 393-2286 |
| 5 | |
| 6 | Attorneys for Defendant<br>Intel Corporation |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| THE HARMAN PRESS, on behalf of itself and all others similarly situated,<br><br>        Plaintiff,<br>v.<br><br>INTEL CORPORATION, a Delaware corporation,<br><br>        Defendant. | No. C-05-2823-MHP<br><br>**STIPULATION AND [PROPOSED] ORDER TO STAY DATES, EVENTS AND DEADLINES PENDING THE OUTCOME OF THE MOTION TO TRANSFER AND COORDINATE OR CONSOLIDATE PURSUANT TO 28 U.S.C. § 1407** |

WHEREAS, on July 11, 2005, Plaintiff filed the instant action in the Northern District of California ("Harman Press Action");

WHEREAS, on or about July 11, 2005, the plaintiffs in *Brauch, et al. v. Intel Corp.*, No. C 05-2743 (BZ) (N. D. Cal., filed July 5, 2005), a related matter, moved before the Judicial Panel on Multi-District Litigation ("MDL"), to transfer and coordinate or consolidate for pre-trial proceedings pursuant to 28 U.S.C. § 407 ("MDL Motion"), and the Harman Press Action has been identified as a related action subject to that motion;

SF/21642095.1

Case No. C 05-2823 (MHP)

STIPULATION AND [PROPOSED] ORDER TO STAY DATES, EVENTS AND DEADLINES

1   WHEREAS, on or about July 27, 2005, Judge Patel issued a Related Case Order
2   relating this case to an earlier filed case assigned to her, and canceling or staying certain but not
3   all dates, events and deadlines in the action;
4   WHEREAS, to date, a decision has not been rendered on the MDL Motion;
5   WHEREAS, the outcome of the MDL Motion will impact significantly the
6   schedule of this case;
7   THEREFORE, IT IS HEREBY STIPULATED, pursuant to Civil Local Rule 6-2,
8   by and among counsel for Plaintiff The Harman Press, and counsel for Defendant Intel
9   Corporation, that any events, dates or deadlines set by the Local Rules or Federal Rules of Civil
10  Procedure, including the Local Rules for Alternative Dispute Resolution ("ADR Local Rules")
11  and Federal Rules of Civil Procedure 16 and 26, and any deadlines established in any case
12  management order applicable to this case should be stayed pending the outcome of the
13  aforementioned MDL Motion; and
14  IT IS FURTHER STIPULATED by the aforementioned parties that if a case
15  management conference is rescheduled by the Court, the parties shall adjust the dates for any
16  conference, disclosures or reports required by the Local Rules or Federal Rules of Civil
17  Procedure, including the ADR Local Rules and Federal Rules of Civil Procedure 16 and 26
18  accordingly.
19  IT IS HEREBY STIPULATED.
20  Dated: October 28, 2005                SAVERI & SAVERI

By: _____*/s/ R. Alexander Saveri*_____
R. Alexander Saveri
Attorneys for Plaintiff
The Harman Press

1   Dated: October 28, 2005                    BINGHAM McCUTCHEN LLP

2

3                                              By:        /s/ *Joy K. Fuyuno*
                                                       Joy K. Fuyuno
                                                    Attorneys for Defendant
4                                                       Intel Corporation

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

SF/21642095.1                    3                    Case No. C 05-2823 (MHP)

STIPULATION AND [PROPOSED] ORDER TO STAY DATES, EVENTS AND DEADLINES

| | |
|---|---|
| 1 | **[PROPOSED] ORDER TO STAY DATES, EVENTS AND DEADLINES PENDING THE OUTCOME OF THE MDL MOTION** |
| 2 | |

3   Any events, dates or deadlines set by the Local Rules or Federal Rules of Civil

4  Procedure, including the Local Rules for Alternative Dispute Resolution ("ADR Local Rules")

5  and Federal Rules of Civil Procedure 16 and 26, and any deadlines established in any case

6  management order applicable to this case are hereby stayed pending the outcome of the motion

7  to transfer and coordinate or consolidate pursuant to 28 U.S.C. § 1407 ("MDL Motion").

8   Upon the determination of the MDL Motion, if it is necessary for the Court to

9  reschedule a case management conference, the parties shall adjust the dates for any conference,

10  disclosures or reports required by the ADR Local Rules and Federal Rules of Civil Procedure 16

11  and 26 accordingly.

12   The parties shall notify the Clerk of Court within 10 days of the decision on the

13  MDL Motion.

14  **IT IS SO ORDERED.**

15  Dated:_____          _____

16                                                                     Honorable Marilyn H. Patel
                                                                        United States District Court Judge