FILED

NOV - 1 2005

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

1  BINGHAM McCUTCHEN LLP
   DAVID M. BALABANIAN (SBN 37368)
2  CHRISTOPHER B. HOCKETT (SBN 121539)
   JOY K. FUYUNO (SBN 193890)
3  Three Embarcadero Center
   San Francisco, CA 94111-4067
4  Telephone: (415) 393-2000
   Facsimile: (415) 393-2286
5
   Attorneys for Defendant
6  Intel Corporation

7

8                   UNITED STATES DISTRICT COURT

9                  NORTHERN DISTRICT OF CALIFORNIA

10                    SAN FRANCISCO DIVISION

11

12  THE HARMAN PRESS, on behalf of itself        No. C-05-2823-MHP
    and all others similarly situated,
13                                               STIPULATION AND [PROPOSED]
                     Plaintiff,                  ORDER TO STAY DATES, EVENTS
14       v.                                      AND DEADLINES PENDING THE
                                                 OUTCOME OF THE MOTION TO
15  INTEL CORPORATION, a Delaware                TRANSFER AND COORDINATE OR
    corporation,                                 CONSOLIDATE PURSUANT TO
16                                               28 U.S.C. § 1407
                     Defendant.
17

18

19          WHEREAS, on July 11, 2005, Plaintiff filed the instant action in the Northern

20  District of California ("Harman Press Action");

21          WHEREAS, on or about July 11, 2005, the plaintiffs in *Brauch, et al. v. Intel*

22  *Corp.*, No. C 05-2743 (BZ) (N. D. Cal., filed July 5, 2005), a related matter, moved before the

23  Judicial Panel on Multi-District Litigation ("MDL"), to transfer and coordinate or consolidate for

24  pre-trial proceedings pursuant to 28 U.S.C. § 407 ("MDL Motion"), and the Harman Press

25  Action has been identified as a related action subject to that motion;

26

SF/21642095.1

Case No. C 05-2823 (MHP)

STIPULATION AND [PROPOSED] ORDER TO STAY DATES, EVENTS AND DEADLINES

1    WHEREAS, on or about July 27, 2005, Judge Patel issued a Related Case Order

2  relating this case to an earlier filed case assigned to her, and canceling or staying certain but not

3  all dates, events and deadlines in the action;

4    WHEREAS, to date, a decision has not been rendered on the MDL Motion;

5    WHEREAS, the outcome of the MDL Motion will impact significantly the

6  schedule of this case;

7    THEREFORE, IT IS HEREBY STIPULATED, pursuant to Civil Local Rule 6-2,

8  by and among counsel for Plaintiff The Harman Press, and counsel for Defendant Intel

9  Corporation, that any events, dates or deadlines set by the Local Rules or Federal Rules of Civil

10  Procedure, including the Local Rules for Alternative Dispute Resolution ("ADR Local Rules")

11  and Federal Rules of Civil Procedure 16 and 26, and any deadlines established in any case

12  management order applicable to this case should be stayed pending the outcome of the

13  aforementioned MDL Motion; and

14    IT IS FURTHER STIPULATED by the aforementioned parties that if a case

15  management conference is rescheduled by the Court, the parties shall adjust the dates for any

16  conference, disclosures or reports required by the Local Rules or Federal Rules of Civil

17  Procedure, including the ADR Local Rules and Federal Rules of Civil Procedure 16 and 26

18  accordingly.

19    IT IS HEREBY STIPULATED.

20  Dated:  October 28, 2005

SAVERI & SAVERI

21

22  By:_____/s/ R. Alexander Saveri_____
                    R. Alexander Saveri
23                  Attorneys for Plaintiff
                    The Harman Press
24

25

26

1    Dated:  October 28, 2005                    BINGHAM McCUTCHEN LLP

2

3                                                By:_____/s/ *Joy K. Fuyuno*_____
                                                        Joy K. Fuyuno
4                                                   Attorneys for Defendant
                                                     Intel Corporation

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

1   [PROPOSED] ORDER TO STAY DATES, EVENTS AND DEADLINES
2       PENDING THE OUTCOME OF THE MDL MOTION

3       Any events, dates or deadlines set by the Local Rules or Federal Rules of Civil

4   Procedure, including the Local Rules for Alternative Dispute Resolution ("ADR Local Rules")

5   and Federal Rules of Civil Procedure 16 and 26, and any deadlines established in any case

6   management order applicable to this case are hereby stayed pending the outcome of the motion

7   to transfer and coordinate or consolidate pursuant to 28 U.S.C. § 1407 ("MDL Motion").

8       Upon the determination of the MDL Motion, if it is necessary for the Court to

9   reschedule a case management conference, the parties shall adjust the dates for any conference,

10  disclosures or reports required by the ADR Local Rules and Federal Rules of Civil Procedure 16

11  and 26 accordingly.

12      The parties shall notify the Clerk of Court within 10 days of the decision on the

13  MDL Motion.

14  IT IS SO ORDERED.

15  Dated:_____   _____

16                                      Honorable Marilyn H. Patel
                                        United States District Court Judge

17

18

19

20

21

22

23

24

25

26

SF/21642095.1
                                                        Case No. C 05-2823 (MHP)
─────────────────────────────────────────────────────────────────
STIPULATION AND [PROPOSED] ORDER TO STAY DATES, EVENTS AND DEADLINES