| | |
|---|---|
| 1 | Bingham McCutchen LLP<br>DAVID M. BALABANIAN (SBN 37368) |
| 2 | CHRISTOPHER B. HOCKETT (SBN 121539)<br>JOY K. FUYUNO (SBN 193890) |
| 3 | Three Embarcadero Center<br>San Francisco, CA 94111-4067 |
| 4 | Telephone: (415) 393-2000<br>Facsimile: (415) 393-2286 |
| 5 | |
| 6 | Attorneys for Defendant<br>Intel Corporation |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| THE HARMAN PRESS, on behalf of itself and all others similarly situated,<br><br>  Plaintiffs,<br><br>  v.<br><br>INTEL CORPORATION, a Delaware corporation,<br><br>  Defendant. | No. C-05-2823-MHP<br><br>STIPULATION AND [PROPOSED] ORDER TO CONTINUE FILING DATE FOR DEFENDANT'S RESPONSE TO PLAINTIFFS' COMPLAINT |

IT IS STIPULATED BY AND BETWEEN THE PARTIES, THROUGH THEIR COUNSEL AS FOLLOWS:

Pursuant to Civil Local Rule 6-2, Plaintiffs The Harman Press and Defendant Intel Corporation hereby stipulate that Intel Corporation's response to Plaintiffs' complaint shall be due either 60 days after transfer of the above captioned case pursuant to any motion to coordinate or consolidate pre-trial proceedings per 28 U.S.C. Section 1407 or, in the alternative, 45 days after any such motion has been denied. The parties request this transfer because the plaintiffs in *Brauch, et al. v. Intel Corp.*, No. C 05-2743 (BZ) (N.D. Cal., filed July 5, 2005), a

1  related matter, have filed a petition to coordinate or consolidate pre-trial proceedings per 28

2  U.S.C. Section 1407, and the above-styled action has been identified as a related action to that

3  petition. As a result, the outcome of the pending petition will impact significantly the schedule

4  of this case.

5        This is the first stipulation between the parties. Because this litigation has just

6  begun, granting such a stipulation will not have any negative impact on the schedule of this case.

7  IT IS HEREBY STIPULATED.
   DATED: July __, 2005

8

9        Bingham McCutchen LLP

10

11

12        By:_____
             JOY K. FUYUNO
           Attorneys for Defendant
13            Intel Corporation

14

15

16        Saveri & Saveri, Inc.

17

18        By:_____
           R. ALEXANDER SAVERI
19          Attorneys for Plaintiffs
            The Harman Press
20

21

22

23

24

25

26

STIPULATION AND [PROPOSED] ORDER TO CONTINUE RESPONSE DATE

SF/21627613.1

**[PROPOSED] ORDER TO CONTINUE DEFENDANT'S RESPONSE DATE**

IT IS HEREBY ORDERED that Defendant Intel Corporation's response to Plaintiffs' complaint shall be due either 60 days after transfer of the above captioned case pursuant to any motion to coordinate or consolidate pre-trial proceedings per 28 U.S.C. Section 1407, or, in the alternative, 45 days after any such motion has been denied.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: _____, 2005

                                                                                          _____
                                                                                          Honorable Marilyn Hall Patel
                                                                                          United States District Judge