| | |
|---|---|
| 1 | related matter, have filed a petition to coordinate or consolidate pre-trial proceedings per 28 |
| 2 | U.S.C. Section 1407, and the above-styled action has been identified as a related action to that |
| 3 | petition. As a result, the outcome of the pending petition will impact significantly the schedule |
| 4 | of this case. |
| 5 |     This is the first stipulation between the parties. Because this litigation has just |
| 6 | begun, granting such a stipulation will not have any negative impact on the schedule of this case. |
| 7 | IT IS HEREBY STIPULATED. |
| 8 | DATED: July 20, 2005 |

Bingham McCutchen LLP

By: _____
JOY K. FUYUNO
Attorneys for Defendant
Intel Corporation

Saveri & Saveri, Inc.

By: _____
R. ALEXANDER SAVERI
Attorneys for Plaintiffs
The Harman Press