

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE
ELECTRONIC FILING REGISTRATION FORM**

*FOR ATTORNEYS IN MULTI-DISTRICT LITIGATION (MDL)
CASES WHO ARE NOT ADMITTED TO THE BAR OF THIS COURT*

Instructions: Attorneys of record in Multi-District Litigation (MDL) cases, who are <u>not</u> members of the bar of this Court, shall register for ECF on a case-by-case basis. Submit an original signed registration form to the Clerk's Office to request an ECF account. After verification, a user ID and password will be provided. Registration will be valid for electronic filing and noticing in this case only.

WEBSITE: WWW.DED.USCOURTS.GOV

(Please Print or Type all information)

CASE CAPTION: _____ v. _____    DIST. OF DE MDL CA # _____

Internet E-Mail Address: _____

Last Name: _____    Generation: (e.g., Jr., Sr.) _____

First Name: _____    Middle Initial: _____

Firm's Name: _____

Address: _____

City: _____    State: _____    Zip Code: _____

Do you have a PACER Account (required)?  ☐ Yes  ☐ No

Phone No.: _____    FAX No.: _____

By submitting this form, I hereby agree to abide by all District of Delaware rules, orders, policies and procedures governing the use of ECF. I have independently reviewed both the ECF User's Manual and Civil Tutorial on the Court's web site. I consent to receive service of documents and notice of filings by electronic means via ECF in the circumstances permitted under those guidelines. I understand that the combination of user ID and password will serve as the signature of the attorney filing the document. I agree to protect the security of my password and immediately notify the Clerk of Court if I suspect that my password has been compromised. Also, as a participating attorney, I will promptly notify the Clerk's Office if there is a change in my personal data, such as name, e-mail address, firm address, phone number, etc. I further understand that my user ID and password are valid for this MDL action only.

_____    _____
Signature              Date

| Submit completed registration form to: | COURT USE ONLY: (ECF MDL Atty Reg Form - Rev 1/05) |
|---|---|
| Clerk<br>U.S. District Court for the District of Delaware<br>ATTN: ECF Registration<br>Room 4209, Lockbox 18<br>844 N. King Street<br>Wilmington, DE 19801<br><br>(302) 573-6170 | DATE REGISTRATION FORM RECEIVED _____<br><br>USER ID _____ PASSWORD: _____<br><br>DATE ISSUED: _____ BY: _____ |